IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>    *Plaintiff*<br><br>    v.<br><br>DOUGLAS W. DAVIS, individually and as Trustee of the SHIRLEE DAVIS IRREVOCABLE LIFE INSURANCE TRUST, THEODORE R. FLOYD IRREVOCABLE LIFE INSURANCE TRUST, ROBERT S. HARRIS IRREVOCABLE LIFE INSURANCE TRUST, MARY ANN HARRIS IRREVOCABLE LIFE INSURANCE TRUST, CHARLES M. BONAPARTE, SR. IRREVOCABLE LIFE INSURANCE TRUST; MAVASH MORADY; CHRISTIANA BANK & TRUST COMPANY, as Successor Trustee of the SHIRLEE DAVIS IRREVOCABLE LIFE INSURANCE TRUST; STEVEN EGBERT, as Successor Trustee of the CHARLES M. BONAPARTE, SR. IRREVOCABLE LIFE INSURANCE TRUST; SHIRLEE DAVIS; PAUL MORADY; THOMAS M. TICE; and THEODORE R. FLOYD,<br><br>    *Defendants* | No. 10-cv-2386<br><br>Judge Thomas M. Durkin |

## OHIO NATIONAL LIFE ASSURANCE CORPORATION'S
## MOTION FOR JUDGMENT ON DAMAGES

Plaintiff, OHIO NATIONAL LIFE ASSURANCE CORPORATION ("Ohio National"), by its attorneys, Warren von Schleicher and Jacqueline J. Herring of Smith, von Schleicher & Associates, hereby submits its Motion for Judgment on Damages, pursuant to Fed. R. Civ. P. 56:

    1. Ohio National filed this lawsuit to obtain a declaratory judgment and damages as a result of a stranger originated life insurance ("STOLI") scheme perpetrated by Douglas Davis, Paul Morady, and Mavash Morady.

2. The Court granted Ohio National's Motion for Summary Judgment against the STOLI perpetrators, Paul Morady, Mavash Morady, and Douglas Davis, for civil conspiracy, and also against Mavash Morady for fraud and breach of her General Agent Contract. *Ohio Nat'l Life Assur. Corp. v. Davis*, ---F.Supp.2d---, 2014 WL 500539 (N.D. Ill. Feb. 7, 2014).

3. Ohio National files the present Motion to prove up damages for conspiracy, fraud, and breach of contract. Ohio National requests an award of (i) $120,271.41 in compensatory damages for out of pocket losses for commissions paid on the illegally procured Policies; (ii) $605,395.15 in compensatory damages for out-of-pocket attorneys' fees and litigation costs incurred due to the litigation necessitated by the STOLI perpetrators' wrongful conduct; and (iii) $360,814.23 in punitive damages, representing three times the amount of commissions, to punish and deter the perpetrators' willful and reprehensible conduct.

4. Damages total $1,086,480.79 plus prejudgment interest, jointly and severally against Paul Morady, Mavash Morady, and Douglas Davis for conspiracy and individually against Mavash Morady for fraud and breach of contract.

WHEREFORE, Plaintiff, OHIO NATIONAL LIFE ASSURANCE CORPORATION respectfully requests entry of summary judgment in its favor, pursuant to Fed. R. Civ. P. 56, awarding damages to Ohio National in the total amount of $1,086,480.79 plus prejudgment interest.

Respectfully submitted,

Warren von Schleicher (IL - 6197189)
Jacqueline J. Herring (IL - 6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
warren.vonschleicher@svs-law.com
jackie.herring@svs-law.com

By: /s/ *Jacqueline J. Herring*
Attorney for Plaintiff,
Ohio National Life Assurance Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following:

Dennis Pearson
5907 McKinley St.
Merrillville, Indiana 46410
Dennis_p43@yahoo.com
*Attorney for the Theodore R. Floyd Irrevocable Life Ins. Trust, the Robert S. Harris Irrevocable Life Ins. Trust, and the Mary Ann Harris Irrevocable Life Ins. Trust*

Michael T. Taurek
Gregory M. Golino
Green & Hall, A Professional Corp.
1851 E. First Street, 10th Floor
Santa Ana, California 92705
mtaurek@greenhall.com
ggolino@greenhall.com
*Attorneys for Steven Egbert*

John P. Palumbo
Jensen & Palumbo, Ltd.
221 N. LaSalle Street, Suite 1600
Chicago, Illinois 60601
jpp@jensenpalumbo.com
*Attorneys for Steven Egbert*

John Demmy
1105 North Market Street, 7th Fl
Wilmington, Delaware 19801
jdd@stevenslee.com
*Attorney for Christiana Bank & Trust Co.*

Douglas W. Davis
2811 Foose Rd.
Malibu, California 90265
ddavislaw@hughes.net
*Pro Se*

Frederic C. Goodwill, II
Law Offices of Ric Goodwill
P.O. Box 6310
Evanston, Illinois 60204
fgoodwill@yahoo.com
*Attorney for Christiana Bank & Trust Co.*

I further certify that a paper copy was sent via USPS Mail to the following individuals:

Mamie A. Alexander
The Alexander Law Group
4655 S. Dr. Martin Luther King Jr. Drive
Suite 105
Chicago, IL 60653
malexander@alexanderlawgrp.com
*Attorney for Shirlee Davis*

Shirlee Davis
1625 E. 91st Place
Chicago, IL 60617
*Pro Se*

Paul Morady
5699 Kanan Road, No. 292
Agoura Hills, California 91301
*Pro Se*

Paul Morady
4855 La Vella Dr.
Oak Park, California 91377
*Pro Se*

Mavash Morady
5699 Kanan Road, No. 292
Agoura Hills, California 91301
*Pro Se*

Mavash Morady
4855 La Vella Dr.
Oak Park, California 91377
*Pro Se*

Thomas M. Tice
405 East Lexington Ave., Suite 201
El Cajon, California 92020
*Pro Se*

Thomas M. Tice
5118 New Ranch Road
El Cajon, California 92020
*Pro Se*

Mr. Theodore R. Floyd
9157 South Union
Chicago, Illinois 60620
*Pro Se*

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois  60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246