# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | ) ) ) |
| *Plaintiff* | ) ) |
| | ) No. 10-cv-2386 |
| *v.* | ) ) |
| | ) Judge Thomas M. Durkin |
| DOUGLAS W. DAVIS, individually and as Trustee of the SHIRLEE DAVIS IRREVOCABLE LIFE INSURANCE TRUST, THEODORE R. FLOYD IRREVOCABLE LIFE INSURANCE TRUST, ROBERT S. HARRIS IRREVOCABLE LIFE INSURANCE TRUST, MARY ANN HARRIS IRREVOCABLE LIFE INSURANCE TRUST, CHARLES M. BONAPARTE, SR. IRREVOCABLE LIFE INSURANCE TRUST; MAVASH MORADY; CHRISTIANA BANK & TRUST COMPANY, as Successor Trustee of the SHIRLEE DAVIS IRREVOCABLE LIFE INSURANCE TRUST; STEVEN EGBERT, as Successor Trustee of the CHARLES M. BONAPARTE, SR. IRREVOCABLE LIFE INSURANCE TRUST; SHIRLEE DAVIS; PAUL MORADY; THOMAS M. TICE; and THEODORE R. FLOYD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendants* | ) |

## OHIO NATIONAL LIFE ASSURANCE CORPORATION'S MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT CHRISTIANA BANK & TRUST COMPANY

Plaintiff, OHIO NATIONAL LIFE ASSURANCE CORPORATION ("Ohio National"), by its attorneys, Warren von Schleicher and Jacqueline J. Herring of Smith, von Schleicher & Associates, hereby submits its Motion for Entry of Judgment Against Defendant Christiana Bank & Trust Company, now known as Christiana Trust, a division of Wilmington Savings Fund Society, FSB ("Christiana Trust"), as Successor Trustee of the Shirlee Davis Irrevocable Life Insurance Trust, pursuant to Fed. R. Civ. P. 58(d):

1.      Christiana Trust was the Successor Trustee for the Shirlee Davis Irrevocable Life Insurance Trust, which was the owner and beneficiary of Flexible Premium Universal Life Insurance Policy, Policy No. C6824925 issued by Ohio National insuring the life of Shirlee Davis (the "Shirlee Davis Policy"), one of the life insurance policies at issue in this litigation.

2.      On October 12, 2012, prior to summary judgment briefing, Ohio National and Christiana Trust filed their Stipulation to Judgment by Consent (ECF Doc. 240). An additional copy of the Stipulation is attached hereto as Exhibit A.

3.      The Stipulation provides for Judgment in favor of Ohio National and against Christiana Trust on Count I for Declaratory Judgment of the Amended Complaint, declaring the Shirlee Davis Policy void *ab initio*, and that Ohio National is to be awarded premiums paid for the Shirlee Davis Policy.

4.      On October 24, 2014, Judgment in a Civil Case ("October Judgment") was entered. (ECF Doc. 312). The October Judgment does not include Ohio National's claim with respect to Christiana Trust.

5.      Pursuant to Fed. R. Civ. P. 58(d) and the Stipulation entered by Ohio National and Christiana Trust, Ohio National requests that the Court enter Judgment with respect to Christiana Trust, declaring the Shirlee Davis Policy void *ab initio* and awarding Ohio National premiums paid for the Shirlee Davis Policy. A copy of the proposed Judgment is attached as Exhibit B.

WHEREFORE, plaintiff, OHIO NATIONAL LIFE ASSURANCE CORPORATION, respectfully requests that the Court grant its Motion for Entry of Judgment Against Defendant Christiana Bank & Trust Company.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Warren von Schleicher - IL 6197189<br>Jacqueline J. Herring - IL 6282246<br>SMITH \| VON SCHLEICHER + ASSOCIATES<br>180 N. LaSalle St. Suite 3130<br>Chicago, Illinois 60601<br>P  312. 541.0300 \| F  312.541.0933<br>warren.vonschleicher@svs-law.com<br>jackie.herring@svs-law.com | By: */s/ Jacqueline J. Herring*<br>    Attorney for Plaintiff,<br>    Ohio National Life Assurance Corporation |

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following:

Dennis Pearson
5907 McKinley St.
Merrillville, Indiana 46410
Dennis_p43@yahoo.com
*Attorney for the Theodore R. Floyd*
*Irrevocable Life Ins. Trust, the Robert S.*
*Harris Irrevocable Life Ins. Trust, and the*
*Mary Ann Harris Irrevocable Life Ins. Trust*

Michael T. Taurek
Gregory M. Golino
Green & Hall, A Professional Corp.
1851 E. First Street, 10th Floor
Santa Ana, California 92705
mtaurek@greenhall.com
ggolino@greenhall.com
*Attorneys for Steven Egbert*

John P. Palumbo
Jensen & Palumbo, Ltd.
221 N. LaSalle Street, Suite 1600
Chicago, Illinois 60601
jpp@jensenpalumbo.com
*Attorney for Steven Egbert*

John Demmy
1105 North Market Street, 7th Fl
Wilmington, Delaware 19801
jdd@stevenslee.com
*Attorney for Christiana Bank & Trust Co.*

Richard C. Leng
Law Offices of Richard C. Leng
330 W. Main St.
Barrington, Illinois 60010
rcleng@msn.com
*Attorney for Paul Morady and Mavash Morady*

Frederic C. Goodwill, II
Law Offices of Ric Goodwill
P.O. Box 6310
Evanston, Illinois 60204
fgoodwill@yahoo.com
*Attorney for Christiana Bank & Trust Co.*

Douglas W. Davis
2811 Foose Rd.
Malibu, California 90265
ddavislaw@hughes.net
*Pro Se*

Douglas W. Davis
14 Bronco Lane
Bell Canyon, California 91307
ddavislaw@hughes.net
*Pro Se*

I further certify that a paper copy was sent via USPS Mail to the following individuals:

Mamie A. Alexander
The Alexander Law Group
4655 S. Dr. Martin Luther King Jr. Drive
Suite 105
Chicago, IL 60653
malexander@alexanderlawgrp.com
*Attorney for Shirlee Davis*

Shirlee Davis
1625 E. 91st Place
Chicago, IL 60617
*Pro Se*

Thomas M. Tice
405 East Lexington Ave., Suite 201
El Cajon, California 92020
*Pro Se*

Thomas M. Tice
5118 New Ranch Road
El Cajon, California 92020
*Pro Se*

Mr. Theodore R. Floyd
9157 South Union
Chicago, Illinois 60620
*Pro Se*

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois  60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246